# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

GEORGE P. AMADO                          PETITIONER

VS.                 2:06CV00178 SWW/JTR

LINDA SANDERS, Warden,
FCI Forrest City, Arkansas                     RESPONDENT

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (docket entry #1) is DENIED, and this case is DISMISSED, WITH PREJUDICE.

Dated this 1st day of November, 2007.

                                          /s/Susan Webber Wright

                                          UNITED STATES DISTRICT JUDGE